UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| RENEE SMITH, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s)<br><br>-against-<br><br>BRODER CREDIT & COLLECTION SERVICE and JOHN DOES 1-25,<br><br>Defendant(s) | Civil Case No. 2:17-cv-02690-JMV-JBC<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

**IT IS HEREBY STIPULATED AND AGREED** by and between all parties, through their respective counsel, that the above-captioned matter is voluntarily dismissed with prejudice, with each party to pay its own costs, expenses and attorneys' fees.

Dated: September 18, 2017

s/Ari H. Marcus
Ari H. Marcus, Esq.
**MARCUS & ZELMAN LLC**
1500 Allaire Avenue, Suite 101
Ocean, NJ 07712
Tel.: 732.695.3282
Fax: 732.298.6256
ari@marcuszelman.com
Attorneys for Plaintiff

s/Lisa R. Bouckenooghe
Lisa R. Bouckenooghe, Esq.
**DiSABATO & BOUCKENOOGHE LLC**
4 Hilltop Road
Mendham, NJ 07945
Tel.: 973.813.2525
Fax: 973.900.8445
lbouckenooghe@disabatolaw.com
Attorneys for Defendant

So Ordered:

_____   9/18/17
Judge John Michael Vazquez, U.S.D.J.    Date

1